```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**VERONICA MADDY,**

                **Plaintiff,**          22-cv-4952 (JGK)

      - against -                    <u>ORDER</u>

**COMPLEXIONS, INC.**
                **Defendant.**
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 12, 2022.**

**SO ORDERED.**
**Dated:**    **New York, New York**
           **August 25, 2022**

                                         /s/ John G. Koeltl
                                                 John G. Koeltl
                                 **United States District Judge**