UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERONICA MADDY,

                     Plaintiff,

          -against-

COMPLEXIONS, INC.,

                     Defendants.
------------------------------------------------------------X

22 civ 4952 (JGK)

## ORDER

A scheduling order having been entered on October 4, 2022,

Any pending conferences set forth by this Court are canceled.

**SO ORDERED.**

                                                         **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 5, 2022